1  NICHOLAS A. TRUTANICH
   United States Attorney
2  District of Nevada
   Nevada Bar No. 13644
3  MARCELO ILLARMO, MABN 670079
   Special Assistant United States Attorney
4  160 Spear Street, Suite 800
   San Francisco, California 94105
5  Telephone: (415) 977-8944
6  Facsimile: (415) 744-0134
   E-Mail: Marcelo.Illarmo@ssa.gov
7  Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DAWN A. WOLGAST | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 2:18-cv-02200-MMD-PAL |
| NANCY A. BERRYHILL, | ) UNOPPOSED MOTION FOR EXTENSION |
| Acting Commissioner of Social Security, | ) OF TIME (FIRST REQUEST) |
| Defendant. | ) |

Defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file her response to Plaintiff's Complaint, due on January 25, 2019 by 31 days, through and including February 25, 2019.

Defendant respectfully requests this additional time because additional time is needed to determine whether this action is duplicative of Plaintiff's other action 2:18-cv-01840-APG-GWP, and, if not, to prepare the administrative record. This request is made in good faith with no intention to unduly delay the proceedings.

Counsel for Defendant conferred with Plaintiff's counsel, who has no opposition to this motion, on January 24, 2019.

Dated: January 25, 2019

Respectfully submitted

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney


IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 25, 2019

# CERTIFICATE OF SERVICE

I, Marcelo Illarmo, certify that the following individual(s) were served with a copy of the foregoing document on the date, and via the method of service, identified below:

**CM/ECF:**

Cyrus Safa - cyrus.safa@rohlfinglaw.com

Gerald Welt - gmwesq@weltlaw.com

Dated January 25, 2019

                                                */s/ Marcelo Illarmo*
                                                **MARCELO ILLARMO**
                                                Special Assistant United States Attorney