1  NICHOLAS A. TRUTANICH
   United States Attorney
2  District of Nevada
   Nevada Bar No. 13644
3  MARCELO ILLARMO, MABN 670079
   Special Assistant United States Attorney
4  160 Spear Street, Suite 800
   San Francisco, California 94105
5  Telephone: (415) 977-8944
6  Facsimile: (415) 744-0134
   E-Mail: Marcelo.Illarmo@ssa.gov
7  Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DAWN A. WOLGAST | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 2:18-cv-02200-MMD-PAL |
| NANCY A. BERRYHILL, | ) JOINT MOTION FOR DISMISSAL |
| Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED, by and between Dawn A. Wolgast ("Plaintiff") and Nancy A. Berryhill as the Acting Commissioner of Social Security ("Defendant"), that this matter be dismissed with prejudice, each party to bear its own fees, costs, and expenses. The parties enter into this stipulation. pursuant to the terms of F.R.Civ.P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B), requiring no separate order of the Court.

Dated: January 31, 2019

Respectfully submitted
LAW OFFICES OF LAWRENCE D. ROHLFING

*/s/ Cyrus Safa*\*
CYRUS SAFA

Attorney for Plaintiff

\*Authorized via e-mail on 1/31/2019

NICHOLAS A. TRUTANICH
United States Attorney

*/s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: January 31, 2019

# CERTIFICATE OF SERVICE

I, Marcelo Illarmo, certify that the following individual(s) were served with a copy of the foregoing document on the date, and via the method of service, identified below:

**CM/ECF:**

Cyrus Safa - cyrus.safa@rohlfinglaw.com

Gerald Welt - gmwesq@weltlaw.com

Dated January 31, 2019

                                        */s/ Marcelo Illarmo*
                                        **MARCELO ILLARMO**
                                        Special Assistant United States Attorney